IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00331-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEVI DEREK HALL,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
( Docket No 30 )

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshal's Service requiring the United States Marshal to produce LEVI DEREK HALL, a.k.a. Levi D. Hall, DOC No. 124894, Y.O.B. 1981, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition for Supervised Release, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 5th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO